**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FILED BY SM D.C.
Sep 1, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

**CASE NO.** 26-mj-6504-PAB

**UNITED STATES OF AMERICA**

**vs.**

**MARDOCHE PETIT-PHARE,**

**Defendant.**
_______________________________________/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

5. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Herandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? No.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: ______________________________

Michael A. Augustin
Assistant United States Attorney
Court ID No. A5502702
500 East Broward Blvd.
Fort Lauderdale, Florida 33394
Tel: 786-761-3151
Email: michael.augustin@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

FILED BY SM D.C.

Sep 1, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

United States of America
v.
MARDOCHE PETIT-PHARE,
Defendant(s)

Case No. 26-mj-6504-PAB

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 31, 2026 in the county of Broward in the Southern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1029(a)(3) | Possession of 15 or More Unauthorized Access Devices |
| 18 U.S.C. § 1028A | Aggravated Identity Theft |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

Zachary J. Fischer
*Complainant's signature*

Zachary Fischer, HSI Special Agent
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime

Date: September 1, 2026

*Judge's signature*

City and state: Fort Lauderdale, Florida

Hon. Panayotta Augustin-Birch, U.S. Magistrate Judge
*Printed name and title*

Print Save As... Attach Reset

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Zachary Fischer, am a Special Agent with Homeland Security Investigations (HSI) being sworn to tell the truth, state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a HSI Special Agent, United States Department of Homeland Security and have been so employed since July of 2024. I am authorized as an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations and to make arrests for offenses enumerated in Titles 18 and 21 of the United States Code. I am currently assigned to the High Intensity Drug Trafficking Area (HIDTA) of South Florida. HIDTA is an investigative entity that is comprised of law enforcement officers from various federal, state, and local law enforcement agencies who work together in a cooperative relationship where the primary focus is on narcotics smuggling investigations. I am also authorized to apply for and execute search warrants and arrest warrants for offenses enumerated in Title 18 of the United States Code. I have participated in and directed numerous investigations involving identity theft, and various types of fraud committed using stolen identities. Based on my training and experience, I am familiar with (1) the methods and practices of drug organizations and their operations, including the use of international shipping methods to transport controlled substances from foreign countries into the United States; and (2) the tactics, methods, and techniques of committing various types of fraud violations of federal law.

2. I make this affidavit in support of a criminal complaint against Mardoche PETIT-PHARE for violations of Title 18, United States Code, Section 1029(a)(3) (Possession of 15 or More Unauthorized Access Devices), and Title 18, United States Code, Section 1028A(a)(1) (Aggravated Identity Theft).

3. The facts set forth in this affidavit are based on my personal knowledge, documents provided to me in my official capacity, information obtained from other individuals (including officers), my review of documents and records related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. Because this affidavit is submitted solely for the purpose of establishing probable cause, it does not contain all the information known about this investigation.

## FACTS IN SUPPORT OF PROBABLE CAUSE

4. On August 31, 2026, PETIT-PHARE arrived at Fort Lauderdale-Hollywood International Airport onboard flight B6 1126 from Montego Bay, Jamaica. PETIT-PHARE was targeted for further examination by Customs and Border Protection (CBP) Officers.

***15 or More Access Devices***

5. During a search of PETIT-PHARE's small cross body bag which was on his person, law enforcement located genuine bank issued credit and debit cards belonging to at least 15 individuals other than PETIT-PHARE. This includes but is not limited to genuine, issued credit and/or debit cards with the name and card numbers belonging to victims with the initials A.K., H.C., and J.M. During a search of PETIT-PHARE's carry-on bag, law enforcement located two additional credit cards in individuals' names other than PETIT-PHARE. Picture of all the cards are included below.



6. Prior to any questioning, PETIT-PHARE informed agents that his friend provided him with the seized credit cards. HSI and United States Secret Service (USSS) Agents *mirandized* PETIT-PHARE, but he declined to participate in an interview.

***<u>Victims and Potential Fraudulent Transactions worth $1,000 or More</u>***.

7. Law enforcement contacted victim A.K, who stated he or she does not know PETIT-PHARE and did not authorize him to possess or use his or her Bank of America credit card.

8. Law enforcement contacted victim H.C, who stated he or she does not know PETIT-PHARE and did not authorize him to possess or use his or her Chase Bank credit card. Additionally, H.C. stated that he or she recently identified two fraudulent charges associated with this account: one for approximately $2,000 and another for approximately $400. H.C. reported the fraudulent transactions to Chase Bank, was awaiting a replacement card, and not yet had received it.

9. Law enforcement contacted Chase Bank and confirmed that on August 25, 2026, there was a 10:20 PM fraudulent (likely, online) transaction at RIU Hotels and Resorts in Montego Bay, Jamaica in the amount of $2,823.34. And the following day (August 26), there was a 4:38 PM fraudulent (likely, online) transaction at RIU Hotels and Resorts in the amount of $450.10. There were three subsequent $1.00 transactions on 8/28/26 in person at the RIU Hotels and Resorts in Montego Bay, Jamaica—which appear to likely be test transactions using the RFID contactless reader and chip reader.

10. Law enforcement located a MyWalgreen's credit card, issued by Synchrony Bank, belonging to J.M. Based on information obtained from Synchrony Bank, two August 30, 2026 transactions were attempted—in Saint Andrew, Jamaica—with J.M.'s card in the amounts of (1) $587.00 at 3:13 AM and (2) $555.94 at 3:13 AM.

11. During the border search of PETIT-PHARE's cellphone, law enforcement also identified photographs of multiple fraudulent drivers' licenses containing photographs of PETIT-PHARE, with other individuals' biographical information, including victims' date of birth and drivers' license numbers. Law enforcement also found photos of credit cards in other individual's names other than PETIT-PHARE. Law enforcement also found photographs of checks, including U.S. Department of Treasury Checks, in high dollar amounts, written out to other individuals, not PETIT-PHARE's.

***<u>Physical Confrontation with Federal Officers</u>***.

12. While CBP Officers were walking PETIT-PHARE to a secure area to be placed in a holding cell, PETIT-PHARE became combative and had to be restrained by numerous officers prior to being placed in handcuffs and leg restraints.



**CONCLUSION**

13. Based on the foregoing, I respectfully submit there is probable cause to believe that on or about August 31, 2026, PETIT-PHARE committed the following federal criminal violations: Title 18, United States Code, Section 1029(a)(3) (Possession of 15 or More Unauthorized Access Devices), and Title 18, United States Code, Section 1028A(a)(1) (Aggravated Identity Theft).

**FURTHER SAYETH YOUR AFFIANT NAUGHT**.

Respectfully submitted,

Zachary J. Fischer

Zachary Fischer, Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance with FED. R. CRIM. P. 4.1
in Fort Lauderdale this 1st day of September 2026.

HON. PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE